1  **KELLEY DRYE & WARREN LLP**
   Tahir L. Boykins (State Bar No. 323441)
2  10100 Santa Monica Boulevard, 23rd Floor
   Los Angeles, CA 90067-4008
3  Telephone:    (310) 712-6100
   Facsimile:    (310) 712-6199
4  tboykins@kelleydrye.com

5  **KELLEY DRYE & WARREN LLP**
   Lauri A. Mazzuchetti (*Pro Hac Vice*)
6  Glenn T. Graham (*Pro Hac Vice*)
   One Jefferson Road
7  Parsippany, New Jersey 07054
   Telephone:    (973) 503-5900
8  Facsimile:    (973) 503-5950
   lmazzuchetti@kelleydrye.com
9  ggraham@kelleydrye.com

10 *Attorneys for Defendant Sunrun Inc.*

11 **MCGUIRE LAW, P.C.**
    Eugene Y. Turin (*pro hac vice*)
12 55 W. Wacker Drive, 9th Floor
   Chicago, Il 60604
13 Telephone:  (312) 893-70002
   Facsimile:  eturin@mcgpc.com
14
   **AHDOOT & WOLFSON, PC**
15  Robert R. Ahdoot
   10728 Lindbrook Drive
16 Los Angeles, California 90024
   Telephone: (310) 474-911
17 Facsimile:  (310) 474-8585
   rahdoot@ahdootwoolfson.com
18
   *Attorneys for Plaintiff Curtis Saunders*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| CURTIS SAUNDERS, individually and on behalf of classes of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 4:19-cv-4548-HSG<br><br>(Assigned to Hon. Haywood S Gilliam, Jr)<br><br>**DECLARATION OF LAURI A. MAZZUCHETTI IN SUPPORT OF STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULE 6-1(b)** |

I, Lauri A. Mazzuchetti, declare as follows:

1. I am a partner at Kelley Drye & Warren LLP, and lead counsel of record for Defendant Sunrun Inc. ("Defendant"). I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.

2. I am located in the state of New Jersey.

3. During the week of the currently set Case Management Conference, I will be traveling to attend a court appearance in Missouri related to another matter.

4. As such, it will be difficult to travel to California for the Case Management Conference scheduled for November 12, 2019.

5. I have conferred with counsel for plaintiff, who has agreed to continue the Case Management Conference to November 19, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: November 4, 2019

By: /s/ Lauri A. Mazzuchetti
Lauri A. Mazzuchetti

---

1

DECLARATION OF LAURI A. MAZZUCHETTI IN SUPPORT OF JOINT STIPULATION
CASE NO. 4:19-CV-4548