# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| CURTIS SAUNDERS, individually and on behalf of classes of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 4:19-cv-4548-HSG<br><br>(Assigned to Hon. Haywood S Gilliam, Jr)<br><br>**ORDER GRANTING STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE** |

|   |   |
|---|---|
| 1 | The Court, having reviewed the Joint Stipulation of the parties to continue the Case |
| 2 | Management Conference, hereby orders that |
| 3 | x   the Case Management Conference set for November 12, 2019 is continued and rescheduled |
| 4 | to November 19, 2019 at 2:00 p.m. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/5/2019

*Haywood S. Gilliam Jr.*

Hon. Haywood S Gilliam, Jr
United States District Judge