**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| CURTIS SAUNDERS, individually and on behalf of classes of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 4:19-cv-4548-HSG<br><br>(Assigned to Hon. Haywood S Gilliam, Jr)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

1 | The Court, having reviewed the Joint Stipulation of the parties to Extend Time to Respond
2 | to the Complaint, hereby orders that:
3 | The time for Defendant Sunrun Inc. to respond to the Complaint is extended up to and
4 | including November 19, 2019.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/7/2019

*Haywood S. Gilliam, Jr.*

Hon. Haywood S Gilliam, Jr
United States District Judge

---

1
ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO
COMPLAINT
NO. 4:19-CV-4548