| | |
|---|---|
| **KELLEY DRYE & WARREN LLP**<br>Tahir L. Boykins (State Bar No. 323441)<br>10100 Santa Monica Boulevard<br>23rd Floor<br>Los Angeles, CA 90067-4008<br>Telephone: (310) 712-6100<br>Facsimile: (310) 712-6199<br>tboykins@kelleydrye.com | **KELLEY DRYE & WARREN, LLP**<br>Lauri Anne Mazzuchetti (*pro hac vice*)<br>Glenn T. Graham (*pro hac vice*)<br>One Jefferson Road, 2nd Fl.<br>Parsippany, NJ 07054<br>Telephone: (973) 503-5900<br>Facsimile: (973) 503-5950<br>lmazzuchetti@kelleydrye.com<br>ggraham@kelleydrye.com |

*Attorneys for Defendants Sunrun Inc.*

**MCGUIRE LAW, P.C.**
Eugene Y. Turin (*pro hac vice*)
55 W. Wacker Drive, 9th Floor
Chicago, Il 60604
Telephone: (312) 893-70002
Facsimile: eturin@mcgpc.com

**AHDOOT & WOLFSON, PC**
Robert R. Ahdoot
10728 Lindbrook Drive
Los Angeles, California 90024
Telephone: (310) 474-911
Facsimile: (310) 474-8585
rahdoot@ahdootwoolfson.com

*Attorneys for Plaintiff Curtis Saunders*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CURTIS SAUNDERS, individually and on behalf of classes of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 4:19-cv-4548-JCS<br><br>(Assigned to Hon. Haywood S. Gilliam, Jr)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND CONTINUE HEARING DATE** |

1 | The Court, having reviewing the Joint Stipulation of the parties to extend Plaintiff's time to
2 | respond to Defendant's Motion to Dismiss and continue the hearing date, hereby orders that;
3 | 1. Plaintiff's opposition to Defendant's Motion to Dismiss is to be filed on or before
4 | December 23, 2019;
5 | 2. Defendant's reply in support of its Motion to Dismiss is to be filed on or before
6 | January 23, 2020;
7 | 3. The hearing on Defendant's Motion to Dismiss is continued and rescheduled to
8 | February 6, 2020 at 2:00 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/9/2019

*[Signature]*
Hon. Haywood S. Gilliam, Jr.
United States District Judge