**KELLEY DRYE & WARREN LLP**
Tahir L. Boykins (State Bar No. 323441)
10100 Santa Monica Boulevard
23rd Floor
Los Angeles, CA 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
tboykins@kelleydrye.com

**KELLEY DRYE & WARREN, LLP**
Lauri Anne Mazzuchetti (*pro hac vice*)
Glenn T. Graham (*pro hac vice*)
One Jefferson Road, 2nd Fl.
Parsippany, NJ 07054
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*

**MCGUIRE LAW, P.C.**
Eugene Y. Turin (*pro hac vice*)
55 W. Wacker Drive, 9th Floor
Chicago, Il 60604
Telephone: (312) 893-70002
Facsimile: eturin@mcgpc.com

**AHDOOT & WOLFSON, PC**
Robert R. Ahdoot
10728 Lindbrook Drive
Los Angeles, California 90024
Telephone: (310) 474-911
Facsimile: (310) 474-8585
rahdoot@ahdootwoolfson.com

*Attorneys for Plaintiff Curtis Saunders*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| CURTIS SAUNDERS, individually and on behalf of classes of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 4:19-cv-4548-HSG<br><br>(Assigned to Hon. Haywood S. Gilliam, Jr)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND CONTINUE HEARING DATE (SECOND REQUEST)** |

The Court, having reviewing the Joint Stipulation of the parties to extend Plaintiff's time to respond to Defendant's Motion to Dismiss and continue the hearing date, hereby orders that;

1. Plaintiff's opposition to Defendant's Motion to Dismiss is to be filed on or before January 6, 2020;
2. Defendant's reply in support of its Motion to Dismiss is to be filed on or before February 6, 2020;
3. The hearing on Defendant's Motion to Dismiss is continued and rescheduled to February 20, 2020 at 2:00 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/26/2019

*Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge