# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

| | |
|---|---|
| CURTIS SAUNDERS, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 4:19-cv-4548-HSG<br><br>(Assigned to Hon. Haywood S. Gilliam, Jr.)<br><br>**ORDER TO EXTEND TIME TO FILE REPLY IN FURTHER SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND TO ADJOURN CURRENT HEARING DATE**<br><br>Current Response Date: February 6, 2020<br>Proposed Response Date: February 20, 2020<br>Current Hearing Date: February 20, 2020<br>Proposed Hearing Date: March 19, 2020<br>Hearing Time: 2:00 pm<br>Ctrm: 2 – 4th Floor |

The Court, having reviewed the Parties' stipulation to extend the deadline by

which Defendant Sunrun, Inc. ("Sunrun") is required to file its reply brief in further support of the Motion to Dismiss, or in the Alternative to Stay this Action Pending Payment of Costs Pursuant to Rule 41(d) (the "Motion to Dismiss") and to reschedule the hearing on the Motion to Dismiss, finds good cause for the relief requested and

**HEREBY ORDERS** that:

1. The time within which Sunrun must file its reply brief in further support of the Motion to Dismiss shall be extended up to and including February 20, 2020.

2. The hearing date of the Motion to Dismiss is adjourned to March 19, 2020 at 2:00 p.m.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: 2/6/2020   By: *Haywood S. Gilliam Jr.*
   The Honorable Haywood S. Gilliam, Jr.
   United States District Judge