# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| CURTIS SAUNDERS, individually and on behalf of classes of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 4:19-cv-04548-HSG<br><br>(Assigned to Hon. Haywood S. Gilliam, Jr.)<br><br>**ORDER REGARDING STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

The Court, having reviewed the Parties' Stipulation to Extend Time to Respond to the First Amended Complaint ("Stipulation"), hereby orders that:

The Parties' Stipulation is GRANTED; and

The time for Defendant Sunrun Inc. to answer, move, or otherwise respond to the First Amended Complaint is extended up to and including thirty (30) days after a decision on final approval of the class action settlement is issued in the *Loftus* matter.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ____5/5/2021_____

Hon. Haywood S. Gilliam, Jr.
United States District Judge