UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS SAUNDERS,<br><br>    Plaintiff,<br><br>v.<br><br>SUNRUN, INC.,<br><br>    Defendant. | Case No. 19-cv-04548-HSG<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING FOR MOTION TO DISMISS AND VACATING THE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 67 |

On May 25, 2021, the parties submitted a Joint Case Management Statement proposing a briefing schedule for Defendant's Motion to Dismiss. Dkt. No. 67. Having considered the parties' proposal, the Court **ORDERS** as follows:

1. Defendants shall file a Motion to Dismiss by June 10, 2021.

2. Plaintiff shall file any opposition by July 1, 2021.

3. Defendant shall file any reply in support of its Motion to Dismiss by July 15, 2021.

4. The Court **SETS** the hearing for August 12, 2021 at 2:00 p.m.

5. The case management conference previously scheduled for June 1, 2021, at 2:00 p.m. is **VACATED**.

**IT IS SO ORDERED.**

Dated: 5/28/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge